```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-03609-HWV
Joshua A Marshall                                                   Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: SusanFris           Page 1 of 1           Date Rcvd: Sep 12, 2017
                            Form ID: ntcor341         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2017.
```
db              +Joshua A Marshall,    123 Stence Lane,    Millersburg, PA 17061-8441
aty             +Chad J. Julius,    Jacobson & Julius,    8150 Derry Street, Suite A,    Harrisburg, PA 17111-5212
aty             +James Warmbrodt,    701 Market Street Suite 5000,    Philadephia, PA 19106-1541
tr              +Markian R Slobodian (Trustee),    801 North Second Street,    Harrisburg, PA 17102-3210
4963667          Best Buy Credit Services,    PO Box 9001007,    Louisville, KY 40290-1007
4963668         +Chase Slate,    PO Box 15298,    Wilmington, DE 19850-5298
4963669         +First National Bank of PA,    4140 E. State Street,    Hermitage, PA 16148-3401
4963670         +KISH Bank,    30 Carriage House Lane,    Reedsville, PA 17084-9633
4963671         +Pay Pal Credit,    PO Box 5018,    Lutherville Timonium, MD 21094-5018
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust             +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Sep 12 2017 18:55:27     United States Trustee,
                 228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4963666         +E-mail/Text: ally@ebn.phinsolutions.com Sep 12 2017 18:55:19      Ally Financial,
                 PO Box 380906,    Minneapolis, MN 55438-0906
4963672          E-mail/Text: bankruptcynotices@psecu.com Sep 12 2017 18:55:35       PSECU,    PO Box 67013,
                 Harrisburg, PA 17106-7013
4963673         +E-mail/Text: bankruptcyteam@quickenloans.com Sep 12 2017 18:55:31      Quicken Loans,
                 1050 Woodward Avenue,    Detroit, MI 48226-1906
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2017 at the address(es) listed below:
              Chad J. Julius    on behalf of Debtor Joshua A Marshall cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

ntcor341(08/16)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Joshua A Marshall
Debtor(s)

Chapter 7

Case No. 1:17–bk–03609–HWV

Social Security No.:
xxx–xx–3562

Employer's Tax I.D. No.:

# Notice

You were mailed a Meeting of Creditors Notice in the above–referenced case. A correction was made to the information contained in that notice as stated below:

- Meeting of Creditors date, time or location

The below dates may be the same as on the original notice, unless any changes were required. All other information on the original 341 Notice will remain in full force and effect.

The Meeting a Creditors will be held:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: October 10, 2017 <br> Time: 01:30 PM |
|---|---|

**Presumption of Abuse under 11 U.S.C. § 707(b): The presumption of abuse does not arise.**

**Deadline to:**

File a Complaint Objecting to Discharge of Debtor *or* to Determine Dischargeability of Certain Debts: **December 9, 2017.**

Object to Exemptions: **Thirty (30) days after the *conclusion* of the meeting of creditors.**

File a Proof of Claim (except a governmental unit): **Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17108 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: SusanFrisch, Deputy Clerk |
|---|---|

| | |
|---|---|
| (717) 901–2800 | |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 12, 2017 |