

**County of Dauphin**
P.O. Box 1295
Harrisburg, PA 17108-1295
717-780-6230 Phone
717-257-1582 Fax

M&T BANK
DIRECT DEPOSIT

| CHECK DATE | CHECK NO. |
|---|---|
| 08/18/17 | 1621048 |

AMOUNT  ****1484.74

ONE THOUSAND FOUR HUNDRED EIGHTY FOUR DOLLARS AND 74 CENTS

TO THE ORDER OF:
JOSHUA A MARSHALL
123 STENCE LANE
MILLERSBURG, PA 17061

**DIRECT DEPOSIT STATEMENT**
**NOT NEGOTIABLE**

| LOCATION | NAME | EMP NO. | FED. EX. | STATE EX. | PAY ENDING |
|---|---|---|---|---|---|
| 1 | JOSHUA A MARSHALL | | S-000 | M-000 | 08/13/17 |

| EARNINGS | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | AMOUNT | TYPE | AMOUNT | Y.T.D. | TYPE | AMOUNT | Y.T.D. |
| REG | 81.67 | 1983.76 | PEN | 113.88 | 1930.32 | SPS | 65.00 | |
| T1 | 8.00 | 291.48 | PRE | 25.00 | 400.00 | UDT | | 285.28 |
| 20 | 12.00 | 2.40 | AFC | 21.54 | 366.18 | | | |
| | | | DEP | 0.54 | 9.18 | | | |
| | | | FIC | 138.29 | 2342.16 | | | |
| | | | MED | 32.34 | 547.75 | | | |
| | | | FWT | 343.16 | 5367.24 | | | |
| | | | SIT | 68.49 | 1159.67 | | | |
| | | | LC1 | 22.31 | 377.78 | | | |
| | | | AFC | 23.76 | 403.92 | | | |
| | | | PUC | 1.59 | 27.01 | | | |
| | | | LST | 2.00 | 34.00 | | | |
| | | | FAR | 1484.74 | 25291.11 | TOTAL | 2277.64 | 38606.60 |
| | 101.67 | 2277.64 | COUNTY OF DAUPHIN | | | | | |

CURRENT 24.2900

Earnings 2277.64
Deductions 2277.64

YTD GROSS 38606.60
YTD TAXABLE 35846.72
YTD FICA 37777.04

HOURS
PER HRS
VAC HRS 15.6682
SIC HRS 13.5488



**County of Dauphin**
P.O. Box 1295
Harrisburg, PA 17108-1295
717-780-6230 Phone
717-257-1562 Fax

M&T BANK
DIRECT DEPOSIT

| CHECK DATE | CHECK NO. |
|---|---|
| 08/04/17 | 1619515 |

AMOUNT

ONE THOUSAND ONE HUNDRED THIRTY EIGHT DOLLARS AND 64 CENTS

****1138.64

TO THE ORDER OF
JOSHUA A MARSHALL
123 STENCE LANE
MILLERSBURG, PA 17061

**DIRECT DEPOSIT STATEMENT**
**NOT NEGOTIABLE**

| LOCATION | NAME | EMP NO. | FED. EX. | STATE EX. | PAY ENDING |
|---|---|---|---|---|---|
| .1 | JOSHUA A MARSHALL | | S-000 | M-000 | 07/30/17 |

| EARNINGS ||| DEDUCTIONS ||||||
|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | AMOUNT | TYPE | AMOUNT | Y.T.D. | TYPE | AMOUNT | Y.T.D. |
| RG | 40.83 | 991.76 | PEN | 88.45 | 1816.44 | FAR | 1138.64 | 23806.37 |
| C | 24.00 | 582.96 | PRE | 25.00 | 375.00 | SPS | | 65.00 |
| AC | 8.00 | 194.32 | AFC | 21.54 | 344.64 | | | |
| | | | DEP | 0.54 | 8.64 | | | |
| | | | FIC | 106.85 | 2203.87 | | | |
| | | | MED | 24.99 | 515.41 | | | |
| | | | FWT | 222.37 | 5024.08 | | | |
| | | | SIT | 52.88 | 1091.18 | | | |
| | | | LC1 | 17.23 | 355.47 | | | |
| | | | UDT | 43.55 | 285.28 | | | |
| | | | AFC | 23.76 | 380.16 | | | |
| | | | PUC | 1.24 | 25.42 | | | |
| | | | LST | 2.00 | 32.00 | TOTAL | 1769.04 | 36328.96 |
| | 72.83 | 1769.04 | COUNTY OF DAUPHIN ||||||

| | CURRENT | 24.2900 |
|---|---|---|
| | Earnings | 1769.04 |
| | Deductions | 1769.04 |
| | YTD GROSS | 36328.96 |
| | YTD TAXABLE | 33730.04 |
| | YTD FICA | 35546.48 |
| | HOURS | |
| PER HRS | | |
| VAC HRS | | 8.8989 |
| SIC HRS | | 11.0872 |



**County of Dauphin**
P.O. Box 1295
Harrisburg, PA 17108-1296
717-780-6230 Phone
717-257-1582 Fax

M&T BANK

DIRECT DEPOSIT

CHECK DATE: 07/21/17
CHECK NO: 1618004
AMOUNT

ONE THOUSAND EIGHT HUNDRED NINETY DOLLARS AND 54 CENTS

****1890.54

TO THE ORDER OF:
JOSHUA A MARSHALL
123 STENCE LANE
MILLERSBURG, PA 17061

**DIRECT DEPOSIT STATEMENT**
**NOT NEGOTIABLE**

| LOCATION | NAME | EMP NO. | FED. EX. | STATE EX. | PAY ENDING |
|---|---|---|---|---|---|
| 11 | JOSHUA A MARSHALL | | S-000 | M-000 | 07/16/17 |

| EARNINGS | | | DEDUCTIONS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | AMOUNT | TYPE | AMOUNT | Y.T.D. | TYPE | AMOUNT | Y.T.D. | |
| REG | 73.67 | 1789.44 | PEN | 148.01 | 1727.99 | SPS | | 65.00 | |
| T1 | 16.00 | 582.96 | PRE | 25.00 | 350.00 | UDT | | 241.73 | |
| T3 | 8.00 | 582.96 | AFC | 21.54 | 323.10 | | | | |
| 20 | 24.00 | 4.80 | DEP | 0.54 | 8.10 | | | | |
| | | | FIC | 180.61 | 2097.02 | | | | |
| | | | MED | 42.24 | 490.42 | | | | |
| | | | FWT | 505.26 | 4801.71 | | | | |
| | | | SIT | 89.45 | 1038.30 | | | | |
| | | | LC1 | 29.14 | 338.24 | | | | |
| | | | AFC | 23.76 | 356.40 | | | | |
| | | | PUC | 2.07 | 24.18 | | | | |
| | | | LST | 2.00 | 30.00 | | | | |
| | | | FAR | 1890.54 | 22667.73 | TOTAL | 2960.16 | 34559.92 | |
| | 121.67 | 2960.16 | COUNTY OF DAUPHIN | | | | | | |

| | CURRENT | 24.2900 |
|---|---|---|
| Earnings | | 2960.16 |
| Deductions | | 2960.16 |
| YTD GROSS | | 34559.92 |
| YTD TAXABLE | | 32095.18 |
| YTD FICA | | 33823.17 |
| | HOURS | |
| PER HRS | | |
| VAC HRS | | 10.1296 |
| SIC HRS | | 32.6256 |

| LOCATION | NAME | | FED. EX. | STATE EX. | PAY ENDING | CHECK NO. |
|---|---|---|---|---|---|---|
| 311 | JOSHUA A MARSHALL | | S-000 | M-000 | 07/02/17 | 1616472 |

| EARNINGS | | | DEDUCTIONS | | | | | | THIS IS A STATEMENT OF YOUR EARNINGS, DEDUCTIONS AND LEAVE. DETACH AND RETAIN FOR YOUR RECORDS. | |
|---|---|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | AMOUNT | TYPE | AMOUNT | Y.T.D. | TYPE | AMOUNT | Y.T.D. | | |
| REG | 73.17 | 1,777.30 | PEN | 98.58 | 1,579.98 | FAR | 1,259.10 | 20,777.19 | EARNINGS | 1,971.62 |
| VAC | 8.00 | 194.32 | PRE | 25.00 | 325.00 | SPS | | 65.00 | DEDUCTIONS | 1,971.62 |
| | | | AFC | 21.54 | 301.56 | | | | NET PAY | |
| | | | DEP | 0.54 | 7.56 | | | | Y.T.D. GROSS EARNINGS | 31,599.76 |
| | | | FIC | 119.41 | 1,916.41 | | | | Y.T.D. TAXABLE EARNINGS | 29,330.11 |
| | | | MED | 27.93 | 448.18 | | | | Y.T.D. F.I.C.A. EARNINGS | 30,910.09 |
| | | | FWT | 270.48 | 4,296.45 | | | | ACCUMULATIONS | |
| | | | SIT | 59.10 | 948.85 | | | | PER HRS | |
| | | | LC1 | 19.25 | 309.10 | | | | VAC HRS | 3.3603 |
| | | | UDT | 43.55 | 241.73 | | | | SIC HRS | 30.1640 |
| | | | AFC | 23.76 | 332.64 | | | | | |
| | | | PUC | 1.38 | 22.11 | | | | | |
| | | | LST | 2.00 | 28.00 | TOTAL | 1,971.62 | 31,599.76 | | |
| TOTAL | 81.17 | 1,971.62 | COUNTY OF DAUPHIN | | | | | | | |



County of Dauphin
P.O. Box 1295
Harrisburg, PA 17108-1295
717-780-6230 Phone
717-257-1562 Fax

M&T BANK
DIRECT DEPOSIT

| CHECK DATE | CHECK NO. |
|---|---|
| 07/07/17 | 1616472 |

AMOUNT
$ 1,259.10

ONE THOUSAND TWO HUNDRED FIFTY NINE DOLLARS AND 10 CENTS

TO THE ORDER OF

JOSHUA A MARSHALL
123 STENCE LANE
MILLERSBURG, PA 17061

**DIRECT DEPOSIT STATEMENT**
**NOT NEGOTIABLE**

| LOCATION | NAME | | | | FED. EX | STATE EX | PAY ENDING | CHECK |
|---|---|---|---|---|---|---|---|---|
| 3/1 | JOSHUA A. MARSHALL | | | | S-000 | M-000 | 02/26/17 | 1602767 |

THIS IS A STATEMENT OF YOUR EARNINGS, DEDUCTIONS AND LEAVE. DETACH AND RETAIN FOR YOUR RECORDS.

| EARNINGS | | | DEDUCTIONS | | | | | | ACCUMULATIONS | |
|---|---|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | AMOUNT | TYPE | AMOUNT | Y.T.D. | TYPE | AMOUNT | Y.T.D. | | |
| REG | 65.17 | 1,582.98 | PEN | 118.01 | 597.04 | FAR | 1,490.20 | 8,072.79 | EARNINGS | 2,360.26 |
| OT3 | 8.00 | 582.96 | PRE | 25.00 | 125.00 | SPS | | 65.00 | DEDUCTIONS | 2,360.26 |
| VAC | 8.00 | 194.32 | AFC | 21.54 | 107.70 | | | | NET PAY | |
| | | | DEP | 0.54 | 2.70 | | | | Y.T.D. GROSS EARNINGS | 11,940 |
| | | | FIC | 143.50 | 721.95 | | | | Y.T.D. TAXABLE EARNINGS | 11,047 |
| | | | MED | 33.56 | 168.83 | | | | Y.T.D. F.I.C.A. EARNINGS | 11,644 |
| | | | FWT | 362.78 | 1,401.22 | | | | | |
| | | | SIT | 71.03 | 357.44 | | | | PER HRS | |
| | | | LCI | 23.14 | 116.45 | | | | VAC HRS | 6.45 |
| | | | UDT | 43.55 | 67.53 | | | | SIC HRS | 32.00 |
| | | | AFC | 23.76 | 118.80 | | | | | |
| | | | PUC | 1.65 | 8.36 | | | | | |
| | | | LST | 2.00 | 10.00 | | | | | |
| TOTAL | 81.17 | 2,360.26 | | | | TOTAL | 2,360.26 | 11,940.81 | | |

COUNTY OF DAUPHIN

---

County of Dauphin
P.O. Box 1295
Harrisburg, PA 17108-1295
717-780-6230 Phone
717-257-1562 Fax

| CHECK DATE | CHECK NO. |
|---|---|
| 03/03/17 | 1602767 |

M&T BANK
DIRECT DEPOSIT

AMOUNT
$ 1,490.20

ONE THOUSAND FOUR HUNDRED NINETY DOLLARS AND 20 CENTS

TO THE ORDER OF:
JOSHUA A. MARSHALL
123 STENCE LANE
MILLERSBURG, PA 17061

DIRECT DEPOSIT STATEMENT
NOT NEGOTIABLE

| LOCATION | NAME | | | | FED.EX | STATE.EX | PAY ENDING | CHECK N |
|---|---|---|---|---|---|---|---|---|
| 311 | JOSHUA A MARSHALL | | | | S-000 | M-000 | 02/12/17 | 16012 |

| EARNINGS | | | DEDUCTIONS | | | | THIS IS A STATEMENT OF YOUR EARNINGS DEDUCTIONS AND LEAVE. DETACH AND RETAIN FOR YOUR RECORDS |  |
|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | AMOUNT | TYPE | AMOUNT | Y.T.D. | TYPE | AMOUNT | Y.T.D. |
| REG | 73.50 | 1,785.32 | PEN | 101.26 | 479.03 | SPS | | 65.00 |
| OT1 | 1.25 | 45.54 | PRE | 25.00 | 100.00 | UDT | | 23.98 |
| VAC | 8.00 | 194.32 | AFC | 21.54 | 86.16 | | | |
| | | | DEP | 0.54 | 2.16 | | | |
| | | | FIC | 122.64 | 578.45 | EARNINGS | | 2,025 |
| | | | MED | 28.68 | 135.27 | DEDUCTIONS | | 2,025 |
| | | | FIT | 283.20 | 1,038.44 | NET PAY | | |
| | | | SIT | 60.74 | 286.41 | Y.T.D. GROSS EARNINGS | | 9,580 |
| | | | EC1 | 19.79 | 93.31 | Y.T.D. TAXABLE EARNINGS | | 8,850 |
| | | | AFE | 23.76 | 95.04 | Y.T.D. F.I.C.A. EARNINGS | | 9,329 |
| | | | PUC | 1.42 | 6.71 | ACCUMULATIONS | | |
| | | | LST | 2.00 | 8.00 | PER. HRS | | 7.66 |
| | | | FAR | 1,334.61 | 6,582.59 | VAC. HRS | | 29.54 |
| | | | | | | SIC. HRS | | |
| TOTAL | 82.75 | 2,025.18 | | TOTAL | 2,025.18 | | | 9,580.55 |

COUNTY OF DAUPHIN

County of Dauphin
P.O. Box 1295
Harrisburg, PA 17108-1295
717-780-6300 Phone
717-257-1567 Fax

| CHECK DATE | CHECK NO. |
|---|---|
| 02/17/17 | 1601266 |

AMOUNT
$ 1,334.61

M&T BANK

DIRECT DEPOSIT

ONE THOUSAND THREE HUNDRED THIRTY FOUR DOLLARS
AND 61 CENTS

TO THE ORDER OF:
JOSHUA A MARSHALL
123 STENCE LANE
MILLERSBURG, PA 17061

DIRECT DEPOSIT STATEMENT
NOT NEGOTIABLE

| LOCATION | | NAME | | | | FED. EX. | STATE EX. | PAY ENDING | CHECK NO. |
|---|---|---|---|---|---|---|---|---|---|
| 01 | | JOSHUA A MARSHALL | | | | S-000 | M-000 | 01/29/17 | 1599752 |

THIS IS A STATEMENT OF YOUR EARNINGS, DEDUCTIONS AND LEAVE. DETACH AND RETAIN FOR YOUR RECORDS.

| EARNINGS | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | AMOUNT | TYPE | AMOUNT | Y.T.D. | TYPE | AMOUNT | Y.T.D. |
| REG | 57.33 | 1,392.55 | PEN | 145.40 | 377.77 | FAR | 1,835.46 | 5,247.98 |
| O1 | 8.00 | 291.48 | PRE | 25.00 | 75.00 | SPS | | 65.00 |
| O3 | 8.00 | 582.96 | AFC | 21.54 | 64.62 | | | |
| 20 | 12.00 | 2.40 | DEP | 0.54 | 1.62 | | | |
| | | 250.00 | FIC | 177.46 | 455.81 | | | |
| AC | 16.00 | 388.64 | MED | 41.50 | 106.59 | | | |
| | | | FIT | 492.88 | 755.24 | | | |
| | | | SIT | 87.85 | 225.67 | | | |
| | | | LCI | 28.62 | 73.52 | | | |
| | | | UDT | 23.98 | 23.98 | | | |
| | | | AFC | 23.76 | 71.28 | | | |
| | | | PUC | 2.04 | 5.29 | | | |
| | | | LST | 2.00 | 6.00 | | | |

EARNINGS: 2,908.03
DEDUCTIONS: 
NET PAY: 

Y.T.D. GROSS EARNINGS: 2,908.03 / 2,908.03
Y.T.D. TAXABLE EARNINGS: 7,555.37 / 6,974.06
Y.T.D. F.I.C.A. EARNINGS: 7,351.83

ACCUMULATIONS
PER HRS: 8.8980
VAC HRS: 27.0864
SIC HRS: 

TOTAL 101.33   2,908.03   TOTAL   7,555.37

COUNTY OF DAUPHIN
P.O. Box 1295
Harrisburg, PA 17108-1295
717-780-6230 Phone
717-257-1562 Fax

M&T BANK

| CHECK DATE | CHECK NO. |
|---|---|
| 02/03/17 | 1599752 |

AMOUNT $ 1,835.46

DIRECT DEPOSIT

ONE THOUSAND EIGHT HUNDRED THIRTY FIVE DOLLARS AND 46 CENTS

JOSHUA A MARSHALL
123 STENCE LANE
MILLERSBURG, PA 17061

DIRECT DEPOSIT STATEMENT
NOT NEGOTIABLE

| LOCATION | NAME | | | | | | FED. EX. | STATE EX. | PAY ENDING | CHECK NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| | JOSHUA A MARSHALL | | | | | | S-000 | M-000 | 01/15/17 | 1598254 |

THIS IS A STATEMENT OF YOUR EARNINGS, DEDUCTIONS AND LEAVE. DETACH AND RETAIN FOR YOUR RECORDS.

| EARNINGS | | | DEDUCTIONS | | | | | |
|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | AMOUNT | TYPE | AMOUNT | Y.T.D. | TYPE | AMOUNT | Y.T.D. |
| | 57.17 | 1,388.66 | PEN | 98.58 | 232.37 | FAR | 1,282.19 | 3,412.52 |
| | 24.00 | 582.96 | PRE | 25.00 | 50.00 | | | |
| | | | SPS | 32.50 | 65.00 | | | |
| | | | AFC | 21.54 | 43.08 | | | |
| | | | DEP | 0.54 | 1.08 | | | |
| | | | FIC | 117.31 | 278.35 | | | |
| | | | MED | 27.43 | 65.09 | | | |
| | | | FWT | 262.36 | 262.36 | | | |
| | | | SIT | 58.10 | 137.82 | | | |
| | | | LC1 | 18.93 | 44.90 | | | |
| | | | AFC | 23.76 | 47.52 | | | |
| | | | PUC | 1.38 | 3.25 | | | |
| | | | LST | 2.00 | 4.00 | | | |
| TOTAL | 81.17 | 1,971.62 | | | | TOTAL | 1,971.62 | 4,647.34 |

EARNINGS 1,971.62
DEDUCTIONS 1,971.62
NET PAY

Y.T.D. GROSS EARNINGS 4,647.34
Y.T.D. TAXABLE EARNINGS 4,257.16
Y.T.D. F.I.C.A. EARNINGS 4,489.53

ACCUMULATIONS

PER HRS 18.1287
VAC HRS
SIC HRS 24.6248

COUNTY OF DAUPHIN

**County of Dauphin**
P.O. Box 1295
Harrisburg, PA 17108-1295
717-780-6230 Phone
717-257-1562 Fax

ONE THOUSAND TWO HUNDRED EIGHTY TWO DOLLARS AND 19 CENTS

**JOSHUA A MARSHALL**
123 STENCE LANE
MILLERSBURG, PA 17061

M&T BANK
DIRECT DEPOSIT

| CHECK DATE | CHECK NO. |
|---|---|
| 01/20/17 | 1598254 |

AMOUNT $ 1,282.19

DIRECT DEPOSIT STATEMENT
NOT NEGOTIABLE

| LOCATION | | | NAME | | | | FED. EX. | STATE EX. | PAY ENDING | CHECK NO. |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | | JOSHUA A MARSHALL | | | | S-099 | M-000 | 01/01/17 | 1596736 |

| EARNINGS | | | DEDUCTIONS | | | | | THIS IS A STATEMENT OF YOUR EARNINGS, DEDUCTIONS AND LEAVE. DETACH AND RETAIN FOR YOUR RECORDS. | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE | HOURS | AMOUNT | TYPE | AMOUNT | Y.T.D. | TYPE | AMOUNT | Y.T.D. | |
| RG | 49.33 | 1,164.68 | PEN | 133.79 | 133.79 | | | | EARNINGS 2,675.72 |
| O3 | 16.00 | 1,133.28 | PRE | 25.00 | 25.00 | | | | DEDUCTIONS 2,675.72 |
| VAC | 16.00 | 377.76 | SPS | 32.50 | 32.50 | | | | NET PAY |
| | | | AFC | 21.54 | 21.54 | | | | |
| | | | DEP | 0.54 | 0.54 | | | | Y.T.D. GROSS EARNINGS 2,675.72 |
| | | | FIC | 161.04 | 161.04 | | | | Y.T.D. TAXABLE EARNINGS 2,463.70 |
| | | | MED | 37.66 | 37.66 | | | | Y.T.D. F.I.C.A. EARNINGS 2,597.49 |
| | | | SIT | 79.72 | 79.72 | | | | ACCUMULATIONS |
| | | | LC1 | 25.97 | 25.97 | | | | PER HRS |
| | | | AFC | 23.76 | 23.76 | | | | VAC HRS 35.3594 |
| | | | PUC | 1.87 | 1.87 | | | | SIC HRS 22.1632 |
| | | | LST | 2.00 | 2.00 | | | | |
| | | | FAR | | | | | | |
| TOTAL | 81.33 | 2,675.72 | TOTAL | 2,130.33 | 2,130.33 | TOTAL | | 2,675.72 | |

COUNTY OF DAUPHIN

**County of Dauphin**
P.O. Box 1295
Harrisburg, PA 17108-1295
717-780-6230 Phone
717-257-1562 Fax

M&T BANK

| CHECK DATE | CHECK NO. |
|---|---|
| 01/06/17 | 1596736 |

DIRECT DEPOSIT

AMOUNT $ 2,130.33

TWO THOUSAND ONE HUNDRED THIRTY DOLLARS AND 33 CENTS

JOSHUA A MARSHALL
123 STENCE LANE
MILLERSBURG, PA 17061

TO THE ORDER OF

**DIRECT DEPOSIT STATEMENT**
**NOT NEGOTIABLE**